1 | McGREGOR W. SCOTT
United States Attorney
2 | KIRK SHERRIFF
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 |

**FILED**

FEB 23 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6

7

8 |      IN THE UNITED STATES DISTRICT COURT FOR THE

9 |           EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )  CASE NO.   1:09-mj-00035 SMS
                                      )
12 |            Plaintiff,            )
                                      )  MOTION TO UNSEAL INDICTMENT; AND
13 |            v.                    )  ORDER
                                      )
14 | SHAUN CARLOS VALENZUELA, and      )
NATASHA PAIREE JONES,                 )
15 |                                   )
            Defendants.              )
16 | _____)

17 |      The Indictment in this case, having been sealed by Order of

18 | the U.S. District Court-District of Arizona, and it appears that it

19 | no longer need remain secret as to SHAUN CARLOS VALENZUELA and

20 | NATASHA PAIREE JONES only.

21 |      The United States of America, by and through Lawrence G.

22 | Brown, Acting United States Attorney, and Kirk E. Sherriff,

23 | Assistant United States Attorney, hereby moves that the Indictment

24 | in this case be unsealed and made public record only as to SHAUN

25 | CARLOS VALENZUELA and NATASHA PAIREE JONES.

26 | Dated: February 23, 2009

27 |                                    KIRK E. SHERRIFF
                                       Assistant U. S. Attorney

28

1

1        IT IS SO ORDERED.

2   DATED: February 23, 2009

3                                    SANDRA M. SNYDER
                                     United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2